## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CORI LYNN HOLMES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CV4** |
| **vs.** ) | |
| ) | **ORDER** |
| **CROSSROADS JOINT VENTURE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

    This action was filed in state court on or about December 26, 2006 and was removed to federal court upon the filing of the plaintiff's "Second Amended Petition." The court has reviewed the the Reports of Parties' Planning Conference (filings [14] and [16]). Although the defendants have filed a "Motion to Dismiss, Make More Definite and Strike," the motion does not involve all of plaintiff's claims, and the court believes it would be beneficial to begin discovery. The plaintiff, however, refused to identify any of the elements of her claims as required by Fed. R. Civ. P. 26(f), and the defendants could not identify any affirmative defenses. Without this information, the proper topics and scope of discovery cannot be gauged. Accordingly,

    **IT IS ORDERED:**

    1.    The Reports of Parties' Planning Conference [14] and [16] are rejected and are hereby stricken.

    2.    The parties are directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file the report of their planning conference no later than **February 20, 2008**. In this report, the plaintiff shall identify the nature and basis of each of her claims, in full compliance with Fed. R. Civ. P. 26(f).

    **DATED February 8, 2008.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**