**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CORI LYNN HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV4** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **CROSSROADS JOINT VENTURE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

A telephonic hearing was held on May 15, 2008 on the parties' motions to extend deadlines (Filings 26 & 27). Frank Robak and Mark Weber represented the plaintiff and Catherine Damico represented the defendant. As discussed during the conference,

**IT IS ORDERED** that the motions (Filings 26 & 27) are granted, and the initial progression order (Filing 19) is amended as follows:

1. Plaintiff shall file any motion to amend pleadings and/or add parties no later than May 30, 2008.

2. Defendants shall file any motion to amend pleadings and/or add parties no later than June 27, 2008.

3. All parties shall identify expert and nonexpert witnesses by July 31, 2008.

4. The planning conference now set for May 22, 2008 is continued to **Monday, August 18, 2008 at 10:00 a.m.** Plaintiff's counsel shall initiate the conference call to the court at 402-661-7340.

**DATED May 15, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**