IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORI LYNN HOLMES,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>CROSSROADS JOINT VENTURE, et al.,  )<br>)<br>Defendants.  ) | 8:08CV4<br><br>SCHEDULING ORDER |

Upon review of the Motion to Compel 35 filed by the defendants,

**IT IS ORDERED** that defendants are given until and including **June 18, 2008** to supplement the motion with "a verbatim recitation of each interrogatory, request, answer, response, and objection that is the subject of the motion," as required NECivR 7.1(i)(2).

**DATED June 13, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**