## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CORI LYNN HOLMES,** | ) | **CASE NO. 8:08CV04** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **CROSSROADS JOINT VENTURE, An** | ) | **OF DISMISSAL** |
| **Indiana Partnership with SIMON** | ) | |
| **PROPERTY GROUP, L.P. and MS** | ) | |
| **MANAGEMENT ASSOCIATES, INC., a** | ) | |
| **Foreign Corporation, OFFICER** | ) | |
| **RUMMELL, OFFICER LEGGITT, and** | ) | |
| **OFFICER CLARK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 86).  The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved.  Accordingly,

IT IS ORDERED:

1.    The parties' Joint Stipulation for Dismissal (Filing No. 86) is approved, and the relief requested therein is granted;

2.    The Complaint and all claims in this action are dismissed with prejudice; and

3.    The parties shall pay their own costs and attorneys' fees.

DATED this 2nd  day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge